# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131584

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MALIK JAFAR CHAPMAN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131584
COA: 268155
Wayne CC: 04-008564

On order of the Court, the application for leave to appeal the April 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

Clerk

s1122